# Exhibit iv

## Judicial Process: Registered Mail Documentation







RE 857 250 930 US

Steven S. Newburg, Esq.
884 NW 6th Drive
Boca Raton, FL 33486

To: Taylor Wilson
208-264 Seaton St.
Toronto, ON M5A-2T4



Judicial Process and Support, Inc.  
19 West Flagler Street  
Suite 610  
Miami, FL 33130  
Phone: (305) 347-3353  
Fei # 651009751  

## INVOICE

Invoice #JPS-2024002960  
7/22/2024  

Original Date: 7/18/2024  

STEVEN NEWBURGH, ESQ.  
884 Nw 6th Drive  
Boca Raton, FL 33486  

TAYLOR WILSON MATTER - MAILED BY REGISTERED MAIL COPIES OF THIRD PLURIES SUMMONS DATE JUNE 13, 2024, ORDER SETTING SCHEDULING CONFERENCE DATED JUNE 13, 2024, AND SECOND AMENDED ADVERSARY COMPLAINT WITH EXHIBITS. PACKAGES SHIPPED 7/19/24; RECEIPTS PROVIDED TO CLIENT BY EMAIL ON 7/22/24

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| REGISTERED MAIL PACKAGES ASSIGNMENT | 1.00 | 230.00 | 230.00 |
| CREDIT CARD TRANSACTION | 1.00 | 6.90 | 6.90 |

TOTAL CHARGED: $236.90

7/17/2024                                                                                                                                      236.90

**BALANCE DUE:**                                                                                                                             $0.00

Thank you for your business!

PLEASE SUBMIT COPY OF THIS INVOICE WITH PAYMENT/ REMIT PAYMENT UPON RECEIPT

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1

JUDICIAL PROCESS AND SUPPORT

19 W Flagler St Ste 610
Miami, FL 33130
3053473353

7/17/2024 2:17:16 PM

| | |
|---|---|
| Reference Number: | 598362441 |
| Total: | $236.90 |
| Transaction Type: | Sale |
| Transaction Status: | Pending Settlement |
| Card Brand: | MasterCard |
| Card Number: | xxxxxxxxxxxx1309 |
| Entry Method: | Keyed |
| Approval Code: | 161677 |
| Approval Message: | APPROVAL |
| AVS Result: | |
| CSC Result: | Match |
| Customer Name: | |
| Invoice: | Service by Certified Mail |

Excel ✓

sent to client 7/17/24 ee



```
            FLAGLER MIAMI
           500 NW 2ND AVE
         MIAMI, FL 33101-9998
            (800)275-8777
07/19/2024                          03:59 PM
---------------------------------------------
Product           Qty    Unit      Price
                         Price
---------------------------------------------
First-Class Mail   1                $8.27
Intl™ Large Envelope
    Canada
    Weight: 0 lb 15.00 oz
    Registered                     $21.75
        Amount: $0.00
        Tracking #:
          RE857250930US
Total                              $30.02

First-Class Mail   1                $6.79
Intl™ Large Envelope
    Canada
    Weight: 0 lb 8.90 oz
    Registered                     $21.75
        Amount: $0.00
        Tracking #:
          RE857250943US
Total                              $28.54
---------------------------------------------
Grand Total:                       $58.56
---------------------------------------------
Debit Card Remit                   $58.56
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX0499
    Approval #: 000790
    Transaction #: 550
    Receipt #: 068879
    Debit Card Purchase: $58.56
    AID: A0000000042203            Chip
    AL: US Debit
    PIN: Verified             US Debit
---------------------------------------------

      For updated information about
   International Service Disruptions, visit:
           www.usps.com/intl/alerts
```

**Registered No.** RE857250943US

**Date Stamp** 0102 10

| Postage $ | $6.75 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | $21.75 | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees $28.04 |
| ☐ Restricted Delivery $0.00 | | |
| Customer Must Declare Full Value $0.00 | | Received by 07/15/2024 |

*To Be Completed By Post Office*

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:** MIAMI, FL 33101

**TO:** Canada
76088 Canada Corp C/o Taylor Wilson
208-264 Seaton St.
Toronto, ON M5A-2T4

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE857250930US

**Date Stamp** 0102 10

| Postage $ | $8.27 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | $21.75 | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees $30.02 |
| ☐ Restricted Delivery $0.00 | | |
| Customer Must Declare Full Value $0.00 | | Received by 07/15/2024 |

OFFICIAL USE

**FROM:** MIAMI, FL 33101

**TO:** Canada
Taylor Wilson
208-264 Seaton St.
Toronto, ON M5A-2T4

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®