

**ORDERED in the Southern District of Florida on August 21, 2025.**

_____

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
**www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO. 12-32119-MAM** |
| **JOHN MARK MARINO, a/k/a** | |
| **RONALD M. HUNTER,** | |
| Debtor. | |

_____/

**MARGARET J. SMITH, not individually but**
**as Chapter 7 Trustee of the Estate of Debtor,**
**John Mark Marino, a/k/a/ Ronald M. Hunter,**

      **Plaintiff,**

**vs.**                                **ADV NO. 15-01466-MAM**

**GOLDEN SUMMIT INVESTORS GROUP,**
**LTD, EXTREME CAPITAL, LTD,**
**CODDINGTON FAMILY TRUST, DANIEL**
**DIRK CODDINGTON, individually,**
**DANIEL SCOTT CODDINGTON,**
**individually, LEWIS P. MALOUF,**
**individually, MARY−RUTH, LLC, DAVID**

GENECCO, individually, HIGHLAND INVESTMENT PARTNERS, LLC, AISHWARIYA ENTERPRISES, INC., VIVEK CHANDRAHASAN, individually, VIEWPOINT SECURITIES, LLC, SETH LEYTON, individually, ERWIN LAW GROUP, P.C., JESSE ERWIN, individually, STONEROCK CAPITAL GROUP, LLC, MICHAEL COLUMBIA, individually, JOANNA I. COLUMBIA, individually, JOANNA I. ORNOWSKA, individually, J.R. RICHARDSON INVESTMENTS, JIMMY L. RICHARDSON, individually, WILSHIRE ASSOCIATES, INC., DOMINICK INVESTORS SERVICES CORP., BAWA FINANCIAL, LTD., JOHN ANDRES MORRISON, individually, PAUL SHERMAN, individually, RAFAL BRENNER, individually, SANDRA JOSEFA DELEON, individually, MYKAEL MORGAN, individually, RON CORNFORTH, individually, VINCENT G. FARRIS CO., L.P.A., VINCENT G. FARRIS, individually, GREG STODGILL, individually, IAN RUSSELL, individually, LECLAIR RYAN, JOHN DOES #1−100, JANE DOSES #1−100, ABC COMPANIES #1−100, ANDREW BERRONES, individually,  BENJAMIN PENFIELD, individually, STACY M WIN, individually, KBA ASSETS AND ACQUISTIONS LLC, ROBERT HARVEY, individually, R. HIBSHAM, individually, MAGIC FINANCIAL GROUP, INC, SOUTHERN TRUST SECURITIES, INC, JAMES MORRISON, individually, IOTA MANAGEMENT LLC, SUZY PERAZA, individually, CEDE AND CO, ANGELO GORDON & CO, VFINANCE INVESTMENTS INC, NATIONAL SECURITIES CORPORATION, SCOTT SEBASTIAN, individually, WUNDERLICH SECURITIES INC FIXED INCOME CAPITAL MARKETS MBS BOOK, SYNOVUS SECURITIES INC RB, SHAWN O'KEEFE, individually, NFS/FMTC

**ROLLOVER IRA, NFS/FMTC SEP ERA, STEVEN SAFRAN TTEE, LEONARD BEAULIEU, individually, L2M VENTURES LP, GLEN MCINERNEY, individually, THERESA ANNE CHABOT, individually, J−HAWK II LTD, STERLING TRUST COMPANY, SUSANN KIM, individually, RAMON NUNEZ, individually, MICHAEL WIENCKOWSKI, individually, RENEE WIENCKOWSKI, individually, ALBERMINSTER HOUSE, MGE CORPORATION LIMITED, KAMANG ANSTALT, EASTWEST FINCON LTD, TAYLOR WILSON, individually, and 7608845 CANADA CORP,**

        Defendants.

_____/

## FINAL JUDGMENT
*(Affected Defendant: Taylor Wilson (in rem only))*

**THIS CASE** came before the Court pursuant to Fed. R. Civ. P. 58, made applicable to this adversary proceeding by Fed. R. Bankr. P. 7001 and 7058 on August 13, 2025 for an evidentiary hearing on August 13, 2025, upon the *Chapter 7 Trustee's Amended Motion for Partial Summary Judgment as to Count X of the Second Amended Complaint ("Partial Summary Judgment")* (ECF 565) incorporating the procedural issues for trial as set forth in the July 18, 2025 *Order Setting Evidentiary Hearing and Establishing Related Deadlines* ("Trial Order") (ECF 566). Accordingly, it is

**ORDERED and ADJUDGED** as follows:

1. This Court has previously ruled, pursuant to its July 25, 2025 *Order Granting in Part and Denying in Part Motion for Partial Summary Judgment* (ECF 570), that service by registered mail on Defendant, Taylor Wilson is sufficient under Article 10(a) of the Hague Convention, with specific application on service of process in Canada;

2.      This Court has a real and substantial connection to the subject matter and the parties involved and thus is a Court of competent jurisdiction;

3.      The August 27, 2020 Preliminary Injunction (ECF 463) is hereby converted to a Permanent Injunction, thereby demonstrating that all assets in the Targeted Account (#230-37353) held at BMO Investorline, Inc. d/b/a BMO Wealth Management ("BMO") in the name of Mr. Taylor Wilson are property of this bankruptcy estate along with all securities, cash balances and accumulated interest and dividends which are all subject to turnover to Margaret Smith, as Chapter 7 Trustee, at her sole and absolute discretion;

4.      For the avoidance of doubt, Margaret Smith, as Chapter 7 Trustee is entitled to complete *in rem* relief as it relates to the Targeted Account of Taylor Wilson;

5.      Margaret Smith, as Chapter 7 Trustee is permitted to domesticate this Final Judgment as a foreign judgment in Canada so that it will be granted full faith and credit as a duly issued Canadian judgment; and

6.      Following complete domestication of this Final Judgment in Canada, Margaret Smith, as Chapter 7 Trustee shall direct BMO on all aspects of the timing and manner to liquidate securities in the Targeted Account of Taylor Wilson for the benefit of the bankruptcy estate.

7.      Defendant, Taylor Wilson shall be served with this Final Judgment at his account address as follows: (a) by First Class, U.S.P.S. Registered Mail; (b) via U.S.P.S. International Mail and (c) via email

**Taylor Wilson**
208-264 Seaton St
Toronto, Ontario, M5A-2T4, CANADA

Taylor.Wilson@gmail.com

# # #

Submitted by:

ROY S. KOBERT, ESQ.
Roy Kobert Law, PLLC
408 Jennie Jewel Drive
Orlando, Fla. 32806
Tel: 321-945-2888
Fla. Bar No. 0777153

*Attorney Kobert is directed to serve a conformed copy of this judgment on all parties in interest and file a certificate of service within 3 days of the entry of this Judgment.*